LAW OFFICE

# DAVID M. HARRISON, ESQ.

| 48 WILLOUGHBY STREET | TELEPHONE: (718) 243-2109 |
|---|---|
| METROTECH | FAX: (718) 243-1144 |
| BROOKLYN, NEW YORK 11201 | |

April 23, 2010

Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                                                    RE: SIMMONS v. CITY OF NY et al.
                                                    09 CV 1615 (RJD) (RER)

Dear Judge Reyes:

        Please allow this letter to serve as plaintiff's confirmation that plaintiff Shaun
Simmons has accepted the settlement offer of **$5,000** by the City of New York, on
behalf of defendants herein.  As Your Honor will recall, a settlement conference was
held on this matter on April 1, 2010, at which time counsel for defendants (Barry
Myrvold, Esq.) reiterated defendants' offer to settle this action in said amount.
Plaintiff was directed to advise the Court by April 23, 2010 as to whether he would
accept such offer of settlement,

        Counsel for all parties had recently attempted to contact Chambers by telephone
to this effect, with such telephone call having been made jointly on April 12, 2010.
Plaintiff was advised at that time to document the acceptance of such settlement in
writing.

        Plaintiff will file necessary discontinuance papers with the Court forthwith.

                                            Very truly yours,

                                            DAVID M. HARRISON, ESQ.