UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SHAUN SIMMONS,

        Plaintiff(s),

    -v-

CITY OF NEW YORK, et al.,

        Defendant (s).
-------------------------------------------------------X

**ORDER OF DISMISSAL**
CV 09-1615 (RJD)

DEARIE, CHIEF JUDGE.

    It having been reported to the Court by counsel that the above action has been settled,

    It is, on this __16th__ day of __JUNE 2010__

    **ORDERED,** that this action is hereby dismissed without costs, and without prejudice to the right to reopen the action within 60 days if the settlement is not consummated.

    The Clerk of the Court is directed to close the case.

**SO ORDERED.**

Dated:    Brooklyn, New York
           June 16, 2010

                                          s/ Judge Raymond J. Dearie

                                          RAYMOND J. DEARIE
                                          CHIEF UNITED STATES DISTRICT JUDGE